**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-32348 |
| | § | |
| MARIA GUADALUPE SANCHEZ | § | |
| PEDRO SANCHEZ, Jr. | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>04/30/2025</u>.  The undersigned trustee was appointed on <u>04/30/2025</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                          $8,864.81

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6.41 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,858.40 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6.  The deadline for filing non-governmental claims in this case was <u>11/17/2025</u> and the deadline for filing government claims was <u>10/27/2025</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$1,636.48</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,636.48</u>, for a total compensation of <u>$1,636.48</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$101.42,</u> for total expenses of <u>$101.42</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>12/30/2025</u>                    By:   <u>/s/ Christopher R. Murray</u>
                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1        Exhibit A

| | |
|---|---|
| **Case No.:** | 25-32348-JPN |
| **Case Name:** | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO |
| **For the Period Ending:** | 12/30/2025 |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Date Filed (f) or Converted (c):** | 04/30/2025 (f) |
| **§341(a) Meeting Date:** | 05/27/2025 |
| **Claims Bar Date:** | 11/17/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 3846 Goldleaf trail Dr. Katy TX, Harris County 77449 | $339,916.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 2 | 2020 Chevrolet Blaze Mileage: 95000 Other Information: Source of Value: Kelly Bl Book VIN: 3GNKBCRS3LS548572 If you own or have more than one, des | $15,703.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 3 | 2010 Kia Soul Mileage: 17500 Other Information: Source of Value: Kelly Bl Book VIN: KNDJT2A29A7122422 | $2,056.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 4 | 2014 Nissan Versa Mileage: 15500 Other Information: Source of Value: Kelly Bl Book VIN: 3N1CE2CP8EL386487 | $3,822.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 5 | Three sofas, two side tables, coffee table, television stand, kitchen table with five chairs, four beds, dressers, buffet table, chest of drawers, two nightstands, miscellaneous kitchenware (No item is valued in excess of $1,000.00 each) | $950.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 6 | Television, two cell phones, laptop, game system, washer, dryer, refrigerator (No item is valued in excess of $1,000.00 each) | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |
| 7 | Family photo albums (No item is valued in excess of $1,000.00 each) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor claims exempt. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit A

| Case No.: | 25-32348-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | Date Filed (f) or Converted (c): | 04/30/2025 (f) |
| For the Period Ending: | 12/30/2025 | §341(a) Meeting Date: | 05/27/2025 |
| | | Claims Bar Date: | 11/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8   Camping equipment (No item is valued in excess of $1,000.00 each) | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Debtor claims exempt. | | | | | |
| 9   9mm ( No item is valued in excess of $1,000.00 each) | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Debtor claims exempt. | | | | | |
| 10   All clothing (No item is valued in excess of $1,000.00 each) | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Debtor claims exempt. | | | | | |
| 11   Costume jewelry, wedding ring, wedding band (No item is valued in excess of $1,000.00 each) | $700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Debtor claims exempt. | | | | | |
| 12   Checking account: Chase Account Number: XXXXXXX XXXXXX: 9232 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   No value. | | | | | |
| 13   Checking account: Chase Account Number: XXXXXXX XXXXXX: 2981 | $361.00 | $361.00 | | $361.00 | FA |
| **Asset Notes:**   Non-exempt cash turned over. | | | | | |
| 14   Checking account: Chase - Business Account Account Number: XXXXXXX XXXXXX: 3386 | $0.00 | $103.81 | | $103.81 | FA |
| **Asset Notes:**   Non-exempt cash turned over. | | | | | |
| 15   Checking account: First Community Account Number: XXXXXXX XXXXXX: 4030 | $10.00 | $10.00 | | $10.00 | FA |
| **Asset Notes:**   Non-exempt cash turned over. | | | | | |
| 16   Spring Branch Recovery LLC: Just a name Debts: NONE Assets: NONE 100.00% | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Non-exempt cash turned over. | | | | | |
| 17   Federal: Potential Refund - Debtor has filed an extension | Unknown | $8,390.00 | | $8,390.00 | FA |
| **Asset Notes:**   Non-exempt cash turned over. | | | | | |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   3          Exhibit A

| Case No.: | 25-32348-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | Date Filed (f) or Converted (c): | 04/30/2025 (f) |
| For the Period Ending: | 12/30/2025 | §341(a) Meeting Date: | 05/27/2025 |
|  |  | Claims Bar Date: | 11/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|  | $365,568.00 | $8,864.81 |  | $8,864.81 | $0.00 |

**Major Activities affecting case closing:**

| 10/28/2025 | No accountant or counsel needed. Waiting for bar date. |
|---|---|
| 08/14/2025 | No accountant or counsel needed. Waiting for bar date. |
| 07/15/2025 | 341 concl. Debtor's instructed to turn over tax refund check and other non-exempt cash. |
| 05/27/2025 | 341 continued for UST questions on documents. Possible non-exempt tax refund. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2026 | Current Projected Date Of Final Report (TFR): | 01/15/2027 | /s/ CHRISTOPHER R. MURRAY |
|---|---|---|---|---|

CHRISTOPHER R. MURRAY
/s/ Christopher R. Murray

Page No: 1          Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 25-32348-JPN | |
| **Case Name:** | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | |
| **Primary Taxpayer ID #:** | **-***9979 | |
| **Co-Debtor Taxpayer ID #:** | **-***9980 | |
| **For Period Beginning:** | 4/30/2025 | |
| **For Period Ending:** | 12/30/2025 | |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******4801 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/20/2025 | | Integrity Bank | Transfer Funds | 9999-000 | $8,858.40 | | $8,858.40 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $8,858.40 | $0.00 | $8,858.40 |
| **Less: Bank transfers/CDs** | $8,858.40 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

**For the period of 4/30/2025 to 12/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,858.40 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/20/2025 to 12/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,858.40 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 25-32348-JPN | Trustee Name: | Christopher R. Murray |
|---|---|---|---|
| Case Name: | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9979 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | **-***9980 | Account Title: | |
| For Period Beginning: | 4/30/2025 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 12/30/2025 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2025 | | Maria Sanchez | Cashier's check. Non-exempt cash turned over. | * | $8,864.81 | | $8,864.81 |
| | {17} | | Non-exempt cash turned over.  $8,390.00 | 1129-000 | | | $8,864.81 |
| | {15} | | Non-exempt cash turned over.  $10.00 | 1129-000 | | | $8,864.81 |
| | {13} | | Non-exempt cash turned over.  $361.00 | 1129-000 | | | $8,864.81 |
| | {14} | | Non-exempt cash turned over.  $103.81 | 1129-000 | | | $8,864.81 |
| 11/07/2025 | 1001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.41 | $8,858.40 |
| 11/20/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $8,858.40 | $0.00 |
| | | | **TOTALS:** | | $8,864.81 | $8,864.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $8,858.40 | |
| | | | **Subtotal** | | $8,864.81 | $6.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,864.81 | $6.41 | |

| For the period of 4/30/2025 to 12/30/2025 | | For the entire history of the account between 08/14/2025 to 12/30/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,864.81 | Total Compensable Receipts: | $8,864.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,864.81 | Total Comp/Non Comp Receipts: | $8,864.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.41 | Total Compensable Disbursements: | $6.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.41 | Total Comp/Non Comp Disbursements: | $6.41 |
| Total Internal/Transfer Disbursements: | $8,858.40 | Total Internal/Transfer Disbursements: | $8,858.40 |

Page No: 3

Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 25-32348-JPN | |
| **Case Name:** | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | |
| **Primary Taxpayer ID #:** | **-***9979 | |
| **Co-Debtor Taxpayer ID #:** | **-***9980 | |
| **For Period Beginning:** | 4/30/2025 | |
| **For Period Ending:** | 12/30/2025 | |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $0.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $8,864.81 | $6.41 | $8,858.40 |

**For the period of 4/30/2025 to 12/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $8,864.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,864.81 |
| Total Internal/Transfer Receipts: | $8,858.40 |
| | |
| Total Compensable Disbursements: | $6.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6.41 |
| Total Internal/Transfer  Disbursements: | $8,858.40 |

**For the entire history of the case between  04/30/2025 to 12/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $8,864.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,864.81 |
| Total Internal/Transfer Receipts: | $8,858.40 |
| | |
| Total Compensable Disbursements: | $6.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6.41 |
| Total Internal/Transfer  Disbursements: | $8,858.40 |

/s/ CHRISTOPHER R. MURRAY

CHRISTOPHER R. MURRAY

/s/ Christopher R. Murray

# CLAIM ANALYSIS REPORT

Page No: 1                Exhibit C

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 25-32348-JPN | | **Trustee Name:** | Christopher R. Murray |
| **Case Name:** | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | | **Date:** | 12/30/2025 |
| **Claims Bar Date:** | 11/17/2025 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHRISTOPHER R. MURRAY<br><br>602 Sawyer St Ste 400<br>Houston TX 77007 | 12/19/2025 | TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | Allowed | 2100-000 | $0.00 | $1,636.48 | $1,636.48 | $0.00 | $0.00 | $0.00 | $1,636.48 |
| | CHRISTOPHER R. MURRAY<br><br>602 Sawyer St Ste 400<br>Houston TX 77007 | 08/13/2025 | TRUSTEE EXPENSES 507(a) 1 -- 503(b) ADMINISTRATIVE | Allowed | 2200-000 | $0.00 | $101.42 | $101.42 | $0.00 | $0.00 | $0.00 | $101.42 |
| 1 | SOUTHWEST ENTERPRISE<br>2102 Gessner Rd<br>Houston TX 77080 | 05/16/2025 | SECURED | Allowed | 4110-000 | $0.00 | $14,445.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Notes:**   Collateral not administered. | | | | | | | | | | | |
| 2 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 08/18/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,933.33 | $2,933.33 | $0.00 | $0.00 | $0.00 | $2,933.33 |
| 3 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 08/18/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $16,200.09 | $16,200.09 | $0.00 | $0.00 | $0.00 | $16,200.09 |
| 4 | CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER<br>PO Box 3025<br>New Albany OH 43054-3025 | 08/19/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,094.98 | $5,094.98 | $0.00 | $0.00 | $0.00 | $5,094.98 |
| 5 | CITIBANK N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls SD 57108-5027 | 08/20/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $669.21 | $669.21 | $0.00 | $0.00 | $0.00 | $669.21 |

**Claim Notes:**   (5-1) Money Loaned

**CLAIM ANALYSIS REPORT**

Page No: 2          Exhibit C

| Case No. | 25-32348-JPN | | | Trustee Name: | Christopher R. Murray |
| Case Name: | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO | | | Date: | 12/30/2025 |
| Claims Bar Date: | 11/17/2025 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison TX 75001 | 09/04/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,915.01 | $1,915.01 | $0.00 | $0.00 | $0.00 | $1,915.01 |
| 7 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. Robertson, Anschutz, Schneid, Crane & Partners, PLLC 6409 Congress Avenue, Suite 100 Boca Raton FL 33487 | 09/23/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $3,620.34 | $3,620.34 | $0.00 | $0.00 | $0.00 | $3,620.34 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 Norfolk VA 23541 | 11/14/2025 | UNSECURED | Allowed | 7100-000 | $0.00 | $380.34 | $380.34 | $0.00 | $0.00 | $0.00 | $380.34 |
| | | | | | | $46,997.15 | $32,551.20 | $0.00 | $0.00 | $0.00 | $0.00 | $32,551.20 |

**CLAIM ANALYSIS REPORT**    Exhibit C

| | |
|---|---|
| **Case No.** | 25-32348-JPN |
| **Case Name:** | SANCHEZ, MARIA GUADALUPE AND SANCHEZ, Jr., PEDRO |
| **Claims Bar Date:** | 11/17/2025 |

| | |
|---|---|
| **Trustee Name:** | Christopher R. Murray |
| **Date:** | 12/30/2025 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| SECURED | $14,445.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMPENSATION - 507(a) 1 -- 503(b) ADMINISTRATIVE | $1,636.48 | $1,636.48 | $0.00 | $0.00 | $0.00 | $1,636.48 |
| TRUSTEE EXPENSES 507(a) 1 -- 503(b) ADMINISTRATIVE | $101.42 | $101.42 | $0.00 | $0.00 | $0.00 | $101.42 |
| UNSECURED | $30,813.30 | $30,813.30 | $0.00 | $0.00 | $0.00 | $30,813.30 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:          25-32348
Case Name:      MARIA GUADALUPE SANCHEZ
                       PEDRO SANCHEZ, Jr.
Trustee Name:   Christopher R. Murray

Balance on hand:                    $8,858.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Southwest Enterprise | $14,445.95 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:          $0.00
Remaining balance:          $8,858.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Christopher R. Murray, Trustee Fees | $1,636.48 | $0.00 | $1,636.48 |
| Christopher R. Murray, Trustee Expenses | $101.42 | $0.00 | $101.42 |

Total to be paid for chapter 7 administrative expenses:          $1,737.90
Remaining balance:          $7,120.50

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $7,120.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,120.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,813.30 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | LVNV Funding, LLC Resurgent Capital Services | $2,933.33 | $0.00 | $677.86 |
| 3 | LVNV Funding, LLC Resurgent Capital Services | $16,200.09 | $0.00 | $3,743.60 |
| 4 | Capital One, N.A., successor by merger to Discover | $5,094.98 | $0.00 | $1,177.37 |
| 5 | Citibank N.A. | $669.21 | $0.00 | $154.64 |
| 6 | JPMorgan Chase Bank, N.A. | $1,915.01 | $0.00 | $442.53 |
| 7 | JPMorgan Chase Bank, N.A. | $3,620.34 | $0.00 | $836.61 |
| 8 | Portfolio Recovery Associates, LLC | $380.34 | $0.00 | $87.89 |

|  | Total to be paid to timely general unsecured claims: | $7,120.50 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)